**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 17-2203**

_____

JAMES LINLOR,

                  Plaintiff - Appellant,

        v.

INDIA WILEA MITCHELL, in her individual capacity; PAUL JOHN SOLO, in his individual capacity; METROPOLITAN WASHINGTON AIRPORTS AUTHORITY, (MWAA),

                  Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Liam O'Grady, District Judge.  (1:17-cv-00723-LO-MSN)

_____

Submitted:  June 21, 2018                    Decided:  June 25, 2018

_____

Before DIAZ and HARRIS, Circuit Judges, and SHEDD, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

James Linlor, Appellant Pro Se.  Joseph Walter Santini, FRIEDLANDER MISLER, PLLC, Washington, D.C., for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Linlor appeals the district court's orders denying relief on his 42 U.S.C. § 1983 (2012) complaint and denying his postjudgment motions. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Linlor v. Mitchell*, No. 1:17-cv-00723-LO-MSN (E.D. Va. filed Sept. 12, 2017, entered Sept. 13, 2017; Oct. 12, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*